UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDEL MAYS,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE USA, JANE DOES 1-2, and JOHN DOES 1-2,<br><br>      Defendants. | Case No. 25-cv-2168-JPG |

## MEMORANDUM AND ORDER

      This matter comes before the Court after review of plaintiff Kendel Mays's Complaint (Doc. 1). In a January 12, 2026, order (Doc. 5), the Court noted that the *pro se* Complaint did not bear Mays's signature as required by Federal Rule of Civil Procedure 11(a). The Court directed the Clerk to send Mays a copy of his Complaint so he could sign it and refile it within 21 days to promptly bring it into compliance with Rule 11(a). The Court further warned Mays that if he failed to do so, the Court would strike his unsigned Complaint and dismiss this case. The Court has waited longer than 21 days, yet Mays has not refiled his Complaint with his signature.

      Rule 11(a) directs that the Court "must strike" an unsigned paper unless the lack of a signature is promptly corrected after it is called to the party's attention. Mays has failed to correct the omission after the Court brought it to his attention, so the Court **STRIKES** his Complaint. Without an opening pleading, a case may not proceed. Accordingly, as it warned Mays it would do, the Court **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to close the case. Mays's motion for leave to proceed *in forma pauperis* is **DENIED as moot** (Doc. 3).

**IT IS SO ORDERED.**
**DATED: February 11, 2026**

                                                                                     s/ J. Phil Gilbert
                                                                                     **J. PHIL GILBERT**
                                                                                     **DISTRICT JUDGE**